**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Claim No: 1999A14178 |
| | § | |
| vs. | § | |
| | § | |
| Victor Little | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

**Venue**

2. The defendant is a resident of Saginaw County, Michigan within the jurisdiction of this Court and may be served with service of process at 933 Athens Street, Saginaw, Michigan 48601.

**The Debt**

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2,790.12 |
| B. Current Capitalized Interest Balance and Accrued Interest | $5,357.32 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

      | | |
|---|---|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$8,147.44** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

**Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

CERTIFICATE OF INDEBTEDNESS

Victor Little
AKA Victor L. Little
1615 Prueter Dr.
Saginaw, MI. 48601

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/04/99.

On or about 10/10/90, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from Michigan Direct Student Loan Program, Lansing, MI. at 8.00 percent interest per annum. This loan obligation was guaranteed by Michigan Higher Education Assistance Authority and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/31/91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,625.00 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/15/97, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,790.12 |
| Interest: | $2,337.40 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 01/04/99: | $5,127.52 |

Interest accrues on the principal shown here at the rate of $0.61 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1\14\99

Name: [signature]
Title: LOAN ANALYST
Branch: LITIGATION BRANCH

OCT 11 1990

MICHIGAN GUARANTY AGENCY

# Application and Promissory Note for a Guaranteed Student Loan

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097. 06390

AG- X-000026-08 D

READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

## SECTION I — TO BE COMPLETED BY THE STUDENT

1A Social Security Number

1B Correct item 1A in this space

2A Last Name, First, M.I., Permanent Home Address: Little Victor L. 2504 Needham Saginaw, MI 48601

2B Correct Item 2A in this space — Name / Address / City, State, Zip

3 Birthdate

4 Driver's License

5 Area Code/Phone No. (517) 752-6953

6 U.S. Citizenship Status (check one): [X] 1 Citizen [ ] 2 Eligible Non-Citizen — Alien ID No.

7 References — You must provide separate adult references with different addresses (carefully read instructions).

| | Name | Street, City, State, Zip | Area Code/Phone No. | Employer |
|---|---|---|---|---|
| A | Loubertha Little | 2211 Casimir, Saginaw MI | | Retired |
| B | Gerald Little | 1402 Casimir Saginaw MI | | General Motors |
| C | Robert Collins | 282 Parkside CT. Saginaw MI | | Saginaw Cour |

8 Intended Enrollment Status (check one): [X] 1 Full-time [ ] 2 At least half-time

9 Major Course of Study: 55

10 Requested Loan Amount: 2625.00

this Loan. For Mo. Yr. From 10-90 To 11-9

11 Do you have any unpaid student loans? (check one) If yes, carefully read instructions. If no, complete 13A through 13E with zeroes. [ ] 1 Yes [X] 2 No

12 Have you ever defaulted on an Education Loan? (check one) If yes, carefully read instructions. [ ] 1 Yes [X] 2 No

13A Total unpaid balance of your most recent GSL. 0 .00

13B Interest rate on your most recent GSL. 0 %

13C Grade level of your most recent GSL 0

13D Beginning and ending dates of your most recent GSL. From Mo. Yr. 0 To Mo. Yr. 0

13E Total unpaid balance of all your Guaranteed Student Loans or any portion of this loan included in your Consolidation Loan. 0 .00

14 Name and Address of Previous Lender, if any. None

SEE INSTRUCTIONS ON THE FRONT OF THE BOOKLET FOR ITEM 15.
15. PERMANENT RESIDENT OF / MI / SINCE MONTH /09/ YEAR /56/

## Promissory Note for a Guaranteed Student Loan

I. Promise [illegible]

19A X Victor L. Little 10/10/90
Signature of Student Borrower — Date

## SECTION II — TO BE COMPLETED BY THE SCHOOL

20 Name and Address of School:
CHAUFFEUR'S TRAINING SCHOOL, INC.
G-6434 S. DORT HWY
GRAND BLANC, MI 48439

21 School Code: 021461

22 Area Code/Phone No.: 313-695-2900

23A Grade Level Code: 01

23B Correct Item in this space

24A Anticipated Completion Date Mo. Yr.: 11-90

24B Correct Item 24A in this space

25 Enrollment Period Covered by Loan: Mo. Day Yr. 10-08-90 Mo. Day Yr. 11-29-9

26 Family Adjusted Gross Income: 17970.00

27 Estimated Cost of Attendance For Loan Period: 5235.00

28 Estimated Financial Aid for Loan Period: 0 .00

29A Expected Family Contribution: 0 .00

29B Correct Item 29A in this space

30 Difference (27 minus the sum of 28 plus 29): 5235

31 Recommended Disbursement Date: Mo. Day Yr. 10-08-90 Mo. Day Yr. 11-07-90 Mo. Day Yr.

32 I have read and understand the terms of the school certification printed on the back of the application. Signature of Authorized Fin. Aid Director: Lisa Harvener

Type or Print Name and Title: Lisa Harvener Financial Aid Manager — Date: 10-10

## SECTION III — TO BE COMPLETED BY THE LENDER

34 Name and Address of lending institution.
MICHIGAN DIRECT STUDENT LOAN PROGRAM
P. O. BOX 30051
LANSING, MI 48909

35 Loan Amount Approved: 2625.00

36 Interest Rate: 8-10%

37 Fee

38 Lender Code: 825585

39 Anticipated Disbursement Date(s): Mo. Day Yr. 10/20/90 Mo. Day Yr. 11/7/90 Mo. Day

41 Area Code/Phone No.: 800-877-5659

42 For Lender Use Only

40 Signature of Authorized Lending Official [signature]

Type or Print Name and Title: [illegible] — Date: 10/20/90

USA Funds Form 115C 9/87 B11

© Copyright 1987 USA Funds, Inc. All rights reserved.
This form is to be used only by USA Funds or the guarantor it serves as identified above.

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME 12-17-98 DATE

# Additional Terms of the Promissory Note for a Guaranteed Student Loan

**[illegible] Note Co[illegible]** [illegible] beginning no later than the end of my [illegible] Guarantee and Disclosure Statement [illegible] school which certified this application [illegible] not be eligible for a grace period. During [illegible] begin before my grace period ends.

**III. Interest.** I agree to pay an amount [illegible] on the unpaid principal balance from the date you advance [illegible] Student Loan(s) with an interest [illegible] [illegible] Disclosure Statement identifies [illegible] rate for this [illegible] Education (Secretary) will pay the [illegible] accrues on this loan [illegible] period and during any deferment [illegible] if it is determined that I [illegible] to have such payments made on my behalf under [illegible] regulations governing the [illegible]. In the event the [illegible] this loan is payable by the Secretary, the lender may not [illegible] to collect this [illegible]. I may, however, choose to pay this interest [illegible].

Once [illegible] repayment period begins I will be respon[illegible] of all the interest that [illegible] on this loan, except that if the interest acc[illegible] of the repayment [illegible] by the Secretary, the Secretary [illegible] any period described under DEFERMENT in this Pro[illegible].

The lender may add any interest to the unpaid princ[illegible] of this loan that is not paid when it is due in accordance with regulations of [illegible] governing the GSLP. All payments will be made to your address as specified [illegible] Notice of Loan Guarantee and Disclosure Statement or to any other address you [illegible].

**IV. [illegible] ation and Guarantee [illegible].** I will pay to you an origination fee [illegible] the percentage of the loan [illegible] Federal law. You will deduct [illegible] proportionately from each disbursement [illegible] principal of this loan. I will also pay you an amount equal to the guarantee fee [illegible] guarantor for this loan. I [illegible] entitled to a refund of the origination and [illegible] to this note, if I pay back this note in full within 120 days [illegible] the uncashed loan check [illegible]. The amount of the origina[illegible] Notice of Loan Guarantee and Disc[illegible]

**V. [illegible] ult.** I will be in d[illegible] outstanding principal balance p[illegible] to [illegible] installment payment [illegible] and circumstances where the [illegible] to honor the obligation [illegible] monthly inst[illegible] [illegible]

[illegible] law [illegible] that are [illegible] by Federal law and regulations for the collection of this loan [illegible] incur in collecting this loan.

**VII. Additional Agreements.** The proceeds of this loan will be sent [illegible] listed on [illegible] and be used only for [illegible] Any notice required to be given [illegible] when mailed by [illegible] you [illegible] any of your rights [illegible] provision of this Note can be waived or [illegible] writing. If the guarantor is [illegible] under its guarantee to repay my loan(s) [illegible] the guarantor will become the owner of this Note and [illegible] the original Lender [illegible] this Note against me. I understand [illegible] 18 years of age. This Note is not [illegible] borrower [illegible] totally and permanently disabled [illegible] this [illegible] be cancelled [illegible]. I agree [illegible] change in my name, address or [illegible] applicable school enrollment status within [illegible] days [illegible] with regard to the loan. If any provision of this Note is determined to be [illegible] by law, such provision shall be [illegible] provisions of this Note. In this [illegible] the borrower [illegible] in Item 2 of Section I of the Application [illegible] you, your and [illegible] mean the Lender and any other [illegible].

**VIII. Deferment.** I am entitled to deferments under the Higher Education Act [illegible] amended and [illegible] regulations. In order to receive a deferment, I must request [illegible] and provide you with documentation required to establish my eligibility. I must notify you when the condition granting rise to the deferment no longer [illegible] eligibility for a deferment will be determined by the information highlighted in [illegible] Booklet.

**IX. Repayment.** I will repay the total amount due on this Promissory Note in periodic installments, with interest on the unpaid balance from the due date of this [illegible] until the loan is paid in full. I will repay [illegible] loan over a repayment period [illegible] generally lasts at least 5 years but no more than 10 [illegible]. However, the following exceptions [illegible] apply:

1. [illegible] the grace period, I request a shorter repayment period, the Lender [illegible]

2. [illegible] may require a repayment period [illegible] years [illegible] toward principal [illegible] whichever [illegible] any period [illegible]

The undersigned does hereby sell, assign, transfer and set over unto the Michigan Higher Education Assistance Authority its interest in this note.
Wachovia Student Services, Inc., as authorized agent of:

Mich High Ed Stu Lo Auth
Lender

By: [signature]

Date: 12/23/91 Assistant Vice-Pres

[illegible] concerning [illegible] credit bureau [illegible] report the [illegible] completeness [illegible]

## Borrower Certification

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained in Section I of this application is true, complete and correct [illegible] and belief and is made in good faith. I hereby authorize the school [illegible] be due me up to the amount of this loan. [illegible] [illegible] school for [illegible] in Item 25. I certify that [illegible] Loan Program [illegible] Pell Grant [illegible] a refund on a Pell Grant. [illegible]

[illegible] Student Incentive Grant and am not now in default on a Perkins Loan Program (formerly called National Direct Student Loan) or a Guaranteed Student Loan, as a Federally Insured Student Loan [illegible] Income Contingent Loan or a Consolidation [illegible] Application. I further authorize my Lender to [illegible] loan, in full, [illegible] the Lender's option, [illegible] the school [illegible]

[illegible] borrow[illegible] will receive a Notice of Loan Guarantee and Disclosure Statement [illegible] loan amount [illegible] Lender [illegible] Disclosure Statement [illegible] information on the [illegible] Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement applies.

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

12-17-98

NAME DATE